**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Candace Houchin )<br>)<br>v. )<br>)<br>THE PARTNERSHIPS and )<br>UNINCORPORATED ASSOCIATIONS )<br>IDENTIFIED ON SCHEDULE "A" )<br>) | Case No. 25-cv-12719<br><br>Judge: Hon.<br><br>Magistrate: Hon. |

**PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO
TEMPORARILY SEAL DOCUMENTS**

Pursuant to Local Rule 5.8 and Fed. R. Civ. P. 26(c)(1), Plaintiff files this Motion for leave to temporarily file the following documents under seal: (1) Schedule "A" attached to the Complaint that includes a list of the infringing webstores which contain identifying information.

In this case, Plaintiff is requesting temporary *ex parte* relief based on an action for copyright infringement under the Copyright Act. Sealing this limited portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence, the hiding or transferring of assets to foreign jurisdictions, and the transfer or disablement of the infringing websites. Such acts would frustrate the purposes of the underlying law and would interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will promptly move to unseal these documents.

Dated: October 17, 2025　　　　　　　　　　Respectfully submitted,

2

        By:   <u>s/David Gulbransen/</u>
             David Gulbransen
             Attorney of Record

             David Gulbransen (#6296646)
             Law Office of David Gulbransen
             805 Lake Street, Suite 172
             Oak Park, IL 60302
             (312) 361-0825 p.
             (312) 873-4377 f.
             david@gulbransenlaw.com