**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
**VA 2-376-793**

Effective Date of Registration:
October 14, 2023

Registration Decision Date:
December 29, 2023

## Title

Title of Work: Crystal Moon Hidden Key Box

## Completion/Publication

Year of Completion: 2021
Date of 1st Publication: October 11, 2021
Nation of 1st Publication: United States

## Author

- Author: Candace Houchin
  Author Created: sculpture
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1989

## Copyright Claimant

Copyright Claimant: Candace Houchin
9911 Windburn Trail, Converse, Texas, 78109, United States

## Rights and Permissions

Organization Name: Lunar Art House
Name: Candace Houchin
Email: lunar.art.house@gmail.com
Telephone: (253)549-8825
Address: 9911 Windburn Trail
Converse, Texas 78109 United States

## Certification

Page 1 of 2

@lunararthouse

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-462-965**
**Effective Date of Registration:**
May 15, 2025
**Registration Decision Date:**
September 15, 2025

## Title

**Title of Work:** Skelly Hands and Heart Hidden Key Journal

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** October 22, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Candace Houchin
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Candace Houchin
9911 Windburn Trail, Converse, TX, 78109, United States

## Certification

**Name:** Daniel Lachman
**Date:** May 15, 2025

**Copyright Office notes:** Basis for Registration: A Unit of Publication, which extends to only each individual copyrightable work in the UOP. 17 USC 410(a) and 37 CFR 202.3(b)(4)(i). No copyright or registration for any useful article; registration based on pictorial, graphic or sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. 17 USC 101.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

Registration Number
**VA 2-417-757**

Effective Date of Registration:
July 08, 2024

Registration Decision Date:
October 15, 2024

## Title
- **Title of Work:** Skull and Nature Hidden Key Box

## Completion/Publication
- **Year of Completion:** 2022
- **Date of 1st Publication:** March 23, 2022
- **Nation of 1st Publication:** United States

## Author
- **Author:** Candace Houchin
- **Author Created:** sculpture
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1989

## Copyright Claimant
- **Copyright Claimant:** Candace Houchin
  9911 Windburn Trail, Converse, Texas, 78109, United States

## Rights and Permissions
- **Name:** Candace Houchin
- **Email:** lunar.art.house@gmail.com
- **Telephone:** (253)549-8825
- **Address:** 9911 Windburn Trail
  Converse 78109 United States

## Certification



@lunararthouse